Fill in this information to identify the case:

United States Bankruptcy Court for the:

__Southern__ District of __New York__
(State)

Case number (if known): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

Check one:

☒ Chapter 7
☐ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**

DULYN GROUP, INC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**

☒ Unknown

EIN __ __ - __ __ __ __ __ __ __

**5. Debtor's address**

Principal place of business

170-174 Stevens Avenue
Number    Street

Mount Vernon        NY    10550
City                State  ZIP Code

Westchester
County

Mailing address, if different

Number    Street

P.O. Box

City                State  ZIP Code

Location of principal assets, if different from principal place of business

Number    Street

City                State  ZIP Code

Official Form 205                Involuntary Petition Against a Non-Individual                page 1

Debtor  **DULYN GROUP INC.**  Case number (if known) _____
        Name

**6. Debtor's website (URL)** _____

**7. Type of debtor**
- [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- [ ] Partnership (excluding LLP)
- [ ] Other type of debtor. Specify: _____

**8. Type of debtor's business**

Check one:
- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the types of business listed.
- [ ] Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
- [x] No
- [ ] Yes. Debtor _____ Relationship _____
      District _____ Date filed _____ Case number, if known _____
                                    MM / DD / YYYY

      Debtor _____ Relationship _____
      District _____ Date filed _____ Case number, if known _____
                                    MM / DD / YYYY

### Part 3: Report About the Case

**10. Venue**

Check one:
- [x] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

- [x] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- [ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**
- [x] No
- [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205    Involuntary Petition Against a Non-Individual    page 2

Debtor  DULYN GROUP INC.  
_____Name_____                                    Case number (if known)_____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Mester Funding Group I, LLC | Mortgage | $180,000.00 plus interest and late fees. |
| David Gordon | | $ 125,000.00 |
| Austin Smith | | $ 70,000.00 |
| | Total of petitioners' claims | $ 375,000.00 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Mester Funding Group I, LLC  
Name

26 Court Street, Suite 1503  
Number   Street

Brooklyn       NY       11242  
City           State    ZIP Code

Name and mailing address of petitioner's representative, if any

Charles Mester, Esq.  
Name

26 Court Street, Suite 1503  
Number   Street

Brooklyn       NY       11242  
City           State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12 9 2022  
            MM / DD / YYYY

X /s/ _____  
Signature of petitioner or representative, including representative's title

**Attorneys**

Gregory Messer, Esq.  
Printed name

Law Office of Gregory Messer PLLC  
Firm name, if any

26 Court Street, Suite 2400  
Number   Street

Brooklyn       NY       11242  
City           State    ZIP Code

Contact phone  718-858-1474     Email  gmesser@messer-law.com

Bar number  1388339

State  New York

X /s/ Gregory Messer  
Signature of attorney

Date signed  12/09/2022  
             MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 3

Debtor: DULYN GROUP INC.
Name

Case number (if known): _____

### Name and mailing address of petitioner

**Name:** DAVID GORDON
**Number Street:** 34-20 137TH STREET, 3H
**City:** FLUSHING **State:** NY **ZIP Code:** 11354

### Name and mailing address of petitioner's representative, if any

**Name:** _____
**Number Street:** _____
**City:** _____ **State:** _____ **ZIP Code:** _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___/___/_____ (MM/DD/YYYY)

X _____
Signature of petitioner or representative, including representative's title

---

**Printed name:** Gregory Messer, Esq.
**Firm name:** Law Office of Gregory Messer PLLC
**Number Street:** 26 Court Street, Suite 2400
**City:** Brooklyn **State:** NY **ZIP Code:** 11242
**Contact phone:** 718-858-1474 **Email:** gremesser@aol.com
**Bar number:** 1338339
**State:** NY

X _____
Signature of attorney
**Date signed:** 12/09/2022

---

### Name and mailing address of petitioner

**Name:** AUSTIN SMITH
**Number Street:** 529 MCDONOUGH STREET
**City:** BROOKLYN **State:** NY **ZIP Code:** 11233

### Name and mailing address of petitioner's representative, if any

**Name:** _____
**Number Street:** _____
**City:** _____ **State:** _____ **ZIP Code:** _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___/___/_____ (MM/DD/YYYY)

X _Austin Smith_
Signature of petitioner or representative, including representative's title

---

**Printed name:** Gregory Messer
**Firm name:** Law Office of Gregory Messer PLLC
**Number Street:** 26 Court Street, Suite 2400
**City:** Brooklyn, **State:** NY **ZIP Code:** 11242
**Contact phone:** _____ **Email:** _____
**Bar number:** _____
**State:** _____

X _____
Signature of attorney
**Date signed:** 12/09/2022

---