UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____ X

In Re:

                                                  Case No. 23-22002 shl

DULYN GROUP, INC.,

                Debtor.                  Chapter 7
_____ X

                                                  <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK  )
                               ss.:
COUNTY OF KINGS    )

       LINDA DUCILLE, being duly sworn says I am not a party to the action, I am over the age of 18 years and reside in Brooklyn, New York.

       On January 6, 2023, I served the within ***SUMMONS TO DEBTOR AND INVOLUNTARY PETITION*** by depositing a true copy thereof in a post-paid wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service within the New York State, addressed to each of the following persons at the last known address set forth after each name.

TO:  *(See Attached List)*

                                                  */s/ Linda R. Ducille*
                                                  LINDA R. DUCILLE

Sworn to before me this
6th day of January 2023

 */s/ Gregory Messer*

Notary Public, State of New York
No. 4663733
Qualified in Nassau County
Commission Expires July 31, 2025

Office of the United States Trustee
Southern District
201 Varick Street
Suite 1006
New York, New York 10014


New York Secretary of State
One Commerce Plaza
99 Washington Avenue
Albany, New York 12231


Dulyn Group, Inc.
170-174 Stevens Avenue
Mount Vernon, New York 10550


Daniel Naughton
1583 Irving Street
Baldwin, New York 11510


Michael Naughton
1583 Irving Street
North Baldwin, New York 11510


Daniel  Naughton
1583 Irving Street
North Baldwin, New York 11510