**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
──────────────────────────────────────x

**Dulyn Group, Inc.**

Case No. 23-22002-shl

Chapter  7

**Alleged Debtor(s)**
──────────────────────────────────────x

### REQUEST FOR ORDER FOR RELIEF AND ORDER TO FILE SCHEDULES AND OTHER DOCUMENTS; ALLEGED DEBTOR'S FAILURE TO ANSWER

An involuntary petition under Chapter ( 7 ) of the Bankruptcy Code was filed on 01/04/2023 against the alleged debtor, and an affidavit of service of the involuntary petition and summons has been entered on the case docket. The alleged debtor has neither consented to an Order for Relief nor has filed an answer or motion pursuant to FRBP 1011(b) and FR Civ. P 12 and sufficient time has elapsed for the submission of an answer or motion.

It is, therefore, requested that an "Order for Relief" and an "Order to File Schedules and Other Documents" be entered in the above case.

   02/07/2023                             Ana Vargas
      Date                              Case Administrator

### ORDER FOR RELIEF AND ORDER TO FILE SCHEDULES AND OTHER DOCUMENTS

On consideration of the involuntary petition against the above-named debtor, an Order for Relief under Chapter ( 7 ) of the Bankruptcy Code is granted. The debtor is ordered to file all schedules, statements, lists and other documents that are required under the Federal and Local Rules of Bankruptcy Procedure. This includes, among other things, the following: 1) the filing of a creditors' matrix prepared in accordance with the specifications required under Local Rule 1007-1; and 2) for *Chapter 11 cases*, the filing of an affidavit and proposed case conference order as required under Local Rule 1007-2. All filings – including the schedules, statements, lists, creditors' matrix and Rule 1007-2 affidavit (*Chapter 11 only*) – shall be filed within fourteen days (14) days from the date of entry of this order, with the exception of a proposed case conference order (*Chapter 11 only*), which shall be filed within thirty (30) days from the date of entry of this order.

Dated: February 23, 2023
New York, New York

*/s/ Sean H. Lane*
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of New York

| | |
|---|---|
| In re: | Case No. 23-22002-shl |
| Dulyn Group, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-7 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 24, 2023 | Form ID: pdf001 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Dulyn Group, Inc., 170-174 Stevens Avenue, Mount Vernon, NY 10550 |
| cr | + | Mester Funding Group I, LLC, 26 Court Street, Suite 1503, Brooklyn, NY 11242-1115 |
| 8001557 | + | Austin Smith, 529 McDonough Street, Brooklyn, NY 11233-1511 |
| 8001555 | + | David Gordon, 34-20 137th Street, #3H, Flushing, NY 11354-2913 |
| 8001556 | + | Mester Funding Group I, LLC,, c/o Charles Mester, Esq., 26 Court Street, Suite 1503, Brooklyn, NY 11242-1115 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Austin Smith, 529 McDonough Street, Brooklyn, NY 11233-1511 |
| cr | *+ | David Gordon, 34-20 137th Street, #3H, Flushing, NY 11354-2913 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 26, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gregory M. Messer | |
| | on behalf of Creditor David Gordon gremesser@aol.com lduc@aol.com,gmesser@messer-law.com,mwilliams@messer-law.com |
| Gregory M. Messer | |
| | on behalf of Creditor Austin Smith gremesser@aol.com lduc@aol.com,gmesser@messer-law.com,mwilliams@messer-law.com |
| Gregory M. Messer | |

on behalf of Creditor Mester Funding Group I LLC gremesser@aol.com, lduc@aol.com,gmesser@messer-law.com,mwilliams@messer-law.com

Marianne T. O'Toole

trustee@otoolegroup.com N270@ecfcbis.com

United States Trustee

USTPRegion02.NYECF@USDOJ.GOV

TOTAL: 5