# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0208–7 | User: admin | | Date Created: 3/20/2023 |
| Case: 23–22002–shl | Form ID: 309A | | Total: 13 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Dulyn Group, Inc. | 170–174 Stevens Avenue | Mount Vernon, NY 10550 |
| cr | Mester Funding Group I, LLC | 26 Court Street Suite 1503 | Brooklyn, NY 11242 |
| cr | David Gordon | 34–20 137th Street #3H | Flushing, NY 11354 |
| cr | Austin Smith | 529 McDonough Street | Brooklyn, NY 11233 |
| ust | United States Trustee | Office of the United States Trustee – NY | Alexander Hamilton Custom House One Bowling Green, Room 534 New York, NY 10004–1408 |
| tr | Marianne T. O'Toole | Marianne T. O'Toole, As Trustee | 2 Depot Plaza Suite 2 E Bedford Hills, NY 10507 |
| aty | Gregory M. Messer | Law Offices of Gregory Messer | 26 Court Street Suite 2400 Brooklyn, NY 11242 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551 | Albany, NY 12201–0551 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section | P.O. Box 5300 Albany, NY 12205–0300 |
| smg | United States Attorney's Office | Southern District of New York | Attention: Tax & Bankruptcy Unit 86 Chambers Street, Third Floor New York, NY 10007 |
| 8001557 | Austin Smith | 529 McDonough Street | Brooklyn, NY 11233 |
| 8001555 | David Gordon | 34–20 137th Street #3H | Flushing, NY 11354 |
| 8001556 | Mester Funding Group I, LLC, | c/o Charles Mester, Esq. | 26 Court Street Suite 1503 Brooklyn, NY 11242 |

TOTAL: 13