**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____x

**Dulyn Group, Inc.**

Case No. 23-22002-shl

Chapter \_7\_

**Alleged Debtor(s)**
_____x

**REQUEST FOR ORDER FOR RELIEF AND ORDER TO FILE SCHEDULES AND OTHER DOCUMENTS; ALLEGED DEBTOR'S FAILURE TO ANSWER**

An involuntary petition under Chapter ( 7 ) of the Bankruptcy Code was filed on \_\_01/04/2023\_\_ against the alleged debtor, and an affidavit of service of the involuntary petition and summons has been entered on the case docket. The alleged debtor has neither consented to an Order for Relief nor has filed an answer or motion pursuant to FRBP 1011(b) and FR Civ. P 12 and sufficient time has elapsed for the submission of an answer or motion.

It is, therefore, requested that an "Order for Relief" and an "Order to File Schedules and Other Documents" be entered in the above case.

\_\_\_\_02/07/2023\_\_                                                         \_\_\_\_\_Ana Vargas_____
         Date                                                                          Case Administrator

**ORDER FOR RELIEF AND ORDER TO FILE SCHEDULES**
**AND OTHER DOCUMENTS**

On consideration of the involuntary petition against the above-named debtor, an Order for Relief under Chapter ( 7 ) of the Bankruptcy Code is granted. The debtor is ordered to file all schedules, statements, lists and other documents that are required under the Federal and Local Rules of Bankruptcy Procedure. This includes, among other things, the following: 1) the filing of a creditors' matrix prepared in accordance with the specifications required under Local Rule 1007-1; and 2) for *Chapter 11 cases*, the filing of an affidavit and proposed case conference order as required under Local Rule 1007-2. All filings – including the schedules, statements, lists, creditors' matrix and Rule 1007-2 affidavit (*Chapter 11 only*) – shall be filed within fourteen days (14) days from the date of entry of this order, with the exception of a proposed case conference order (*Chapter 11 only*), which shall be filed within thirty (30) days from the date of entry of this order.

Dated: February 23, 2023
New York, New York

*/s/ Sean H. Lane*
United States Bankruptcy Judge