UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
IN RE:

    DULYN GROUP, INC.,

                     Debtor.

-------------------------------------------------------- X

Case No. 23-22002 shl

Chapter 7

## ORDER DENYING MOTION TO DISMISS

On May 10, 2023, the Motion (the "Motion") of the Dulyn Group Inc. ("Movant") dated May 10, 2023 [**Docket No. 15**] came before the Court, to dismiss the involuntary petition filed by the Petitioning Creditors and Gregory Messer, Esq. having filed opposition to the motion and Marianne O'Toole as Chapter 7 Trustee through her attorneys LaMonica, Herbst & Maniscalco, LLP having filed opposition to the motion appeared at the hearing. The Court having considered the evidence presented and the argument of the parties with good cause appearing therefor, it is hereby:

**ORDERED,** that the Motion is hereby DENIED without prejudice.

Dated: June 30, 2023

                                                ***/s/ Sean H. Lane***
                                                UNITED STATES BANKRUPTCY JUDGE