Objection Deadline: November 18, 2024

**LaMONICA HERBST & MANISCALCO, LLP**
*Counsel to Marianne T. O'Toole, as Trustee*
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Telephone: (516) 826-6500
Holly R. Holecek, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                      Chapter 7

DULYN GROUP, INC.,                                          Case No.: 23-22002-shl

        Debtor.
-----------------------------------------------------------X

## NOTICE OF PROPOSED ABANDONMENT

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that, pursuant to 11 U.S.C. § 554(a), Rule 6007(a) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 6007-1(a), notice is hereby given by Marianne T. O'Toole, solely in her capacity as Chapter 7 Trustee ("Trustee") of the estate of Dulyn Group, Inc. ("Debtor"), of the proposed abandonment ("Proposed Abandonment") of the Debtor's estate's interest in: (i) the real property known as and located at 170-174 Stevens Avenue, Mt. Vernon, New York 10550 ("Real Property"); and (ii) business(es) (if any) operating from or on the Real Property (collectively, "Businesses"). Based on, among other things, the mortgages to the Real Property and the testimony on behalf of the Debtor at the section 341(a) meetings of creditors, the Trustee determined that the Real Property is of inconsequential value and benefit to the Debtor's bankruptcy estate, and that the Real Property and the Businesses are burdensome to the Debtor's bankruptcy estate.

**PLEASE TAKE FURTHER NOTICE** that the Proposed Abandonment is not intended to be, nor shall it be construed as, an abandonment of any other assets or claims that the Trustee

and the Debtor's bankruptcy estate may have, including but not limited to any and all claims against the Debtor, Michael H. Naughton, Daniel D. Naughton and/or Camelot Funeral Home, Inc., all of which are expressly preserved.

**PLEASE TAKE FURTHER NOTICE** that objections to the Proposed Abandonment, if any, must be in writing and be filed, on or before **November 18, 2024** with the Clerk of the Court at the United States Bankruptcy Court, 300 Quarropas Street, Room 147, White Plains, New York 10601, as follows: (i) through the Bankruptcy Court's electronic filing system, which may be accessed through the internet at the Bankruptcy Court's website (www.nysb.uscourts.gov), in portable document format (PDF) using Adobe Exchange Software for conversion; or (ii) if a party is unable to file electronically, such party shall submit the objection in PDF format on portable media in an envelope with the case name, case number, type and title of document, document number to which the objection refers and the file name on the outside of the envelope.

**PLEASE TAKE FURTHER NOTICE** that, in the event objections to the Proposed Abandonment are timely filed, then a hearing will be scheduled before the Honorable Sean H. Lane, United States Bankruptcy Judge, notice of which will be separately provided.

**PLEASE TAKE FURTHER NOTICE** that, if no objections are timely filed, no hearing will be held and the Real Property and the Businesses will be deemed abandoned to Dulyn Group, Inc. as of **November 19, 2024**.

Dated: October 31, 2024
Wantagh, New York

    **LaMONICA HERBST & MANISCALCO, LLP**
    Counsel to Marianne T. O'Toole, as Trustee

By:   *s/ Holly R. Holecek*
    Holly R. Holecek, Esq.
    A Partner of the Firm
    3305 Jerusalem Avenue, Suite 201
    Wantagh, New York 11793
    Telephone: (516) 826-6500